DONALD BERG, Respondent, v. LIBERTY TOOL & DIE CORP., Appellant.— Order unanimously reversed, without costs and motion denied. Memorandum: The granting of the motion by Special Term was an improvident exercise of discretion. (Appeal from order of Monroe Special Term granting motion to modify preclusion order.) Present — Goldman, P. J., Gabrielli, Moule, Bastow and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK EDWARD MURPHY, Appellant.— Order unanimously reversed and matter remitted to Jefferson County Court for a hearing. Memorandum: The allegations of the petition raise the question of whether defendant's failure to serve and file a notice of appeal was attributable to the failure of his assigned counsel to advise him of his right to appeal. (See *People* v. *Montgomery*, 24 N Y 2d 130.) (Appeal from order of Jefferson County Court denying, without a hearing, motion to vacate judgment of conviction for murder, second degree, rendered January 9, 1958.) Present — Marsh, J. P., Witmer, Gabrielli, Bastow and Henry, JJ.

In the Matter of the Application of FRANK J. BONA.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law.

In the Matter of JOHN E. RUNALS, Esq., of Niagara Falls, N. Y. appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Eighth Judicial District. (Order entered Nov. 10, 1969).